This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-37361

**ROCK ULIBARRI, Individually and in his capacity as a Member of the Board of County Commissioners of San Miguel County, New Mexico,**

Petitioner-Appellant,

v.

**CHRIS NAJAR, Chairman and Member of the Board of County Commissioners of San Miguel County, New Mexico, and VIDAL MARTINEZ, County Manager of the County of San Miguel, State of New Mexico,**

Respondents-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SAN MIGUEL COUNTY Gerald E. Baca, District Judge**

Rock Ulibarri
Montezuma, NM

Pro Se Appellant

Dave E. Romero
Las Vegas, NM

for Appellees

### MEMORANDUM OPINION

**VANZI, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}** **IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**KRISTINA BOGARDUS, Judge**